# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1238
_____

CARL COLEMAN,

    Appellant,

    v.

MATTHEW GROELINGER,
MICHAEL V. SKIRPAN, CYNTHIA
S. WILLEY, SHERIFF BOB
JOHNSON, Santa Rosa County
Sheriff's Office, in his official
capacity; DEPUTY SCOTT HAINES,
individually and in his official
capacity; DEPUTY MARSHALL
KILBURN, individually and in his
official capacity; BRIAN
HOFFMAN, ESQ., individually;
and LANA COLEMAN,
individually,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

August 5, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


William R. Mitchell, Milton, for Appellant.

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee; and Cynthia A. Myers of The Law Office of Cynthia A. Myers, Tallahassee, for Appellees Matthew Groelinger and Michael Skirpan.

Zackery Scharlepp of Coppins Monroe Adkins Dincman, P.A., Tallahassee, for Appellees Santa Rosa County Sheriff's Office and Deputy Marshall Kilburn.

Michael Spellman of Spellman Law, P.A., Tallahassee, for Appellee Deputy Scott Haines.